UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

- against -

LOCAL 282 OF THE INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,
ET. AL.,

        Defendants.
---------------------------------X

MEMORANDUM
AND
ORDER

94-CV-2919 (TCP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ OCT 16 2005 ★

LONG ISLAND OFFICE

PLATT, District Judge.

By Notice of Motion with an affidavit sworn to August 29, 2005, annexed, Corruption Counsel Mollen has moved this Court for an Order compelling non-parties, JJ Sand & Gravel, Inc., Roadsavers, Inc., MMK Trucking, Inc. and 110 Sand Corporation to produce documents pursuant to a subpoena dated November 19, 2004. The named non-parties have filed papers in opposition to the Motion which have been reviewed by the Court.

After due deliberation, the Court grants the Motion and requests the Corruption Counsel to submit an appropriate proposed order, on notice, to the Court.

SO ORDERED.

                                            _____
                                            District Judge, United States District Court

Dated: Central Islip, New York
       October 12, 2005