UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                        Plaintiff,               CV 94-2919 (TCP)

     - against -

                                         **NOTICE OF MOTION FOR**
LOCAL 282 OF THE INTERNATIONAL      **CONTEMPT**
BROTHERHOOD OF TEAMSTERS, ET. AL.,

                     Defendants.
------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that upon the Affidavit of Robert A. Machado, sworn to March 13, 2012, together with the exhibits annexed thereto, and the accompanying Memorandum of Law, the Honorable Milton Mollen, shall move, before the Honorable Thomas C. Platt , U.S.D.J., United States Courthouse, 1044 Federal Plaza, Central Islip, New York, 11722, for an Order: (1) enforcing the subpoena dated October 7, 2011 and served on E.M.E. Inc. ("E.M.E.") on October 11, 2011, and compelling E.M.E.'s compliance therewith; (2) holding E.M.E. in contempt and imposing sanctions pursuant to Rule 45(e); (3) requiring that E.M.E. reimburse Local 282 for reasonable expenses incurred by reason of E.M.E.'s contempt of court, including all of the expenses of this motion; and (4) for such further relief as this Court may deem just and proper.

Dated:  New York, New York
           March 13, 2012                HERRICK, FEINSTEIN LLP

                                           By: _/s/ Milton Mollen_____
                                               Milton Mollen
                                          2 Park Avenue
                                          New York, New York 10016
                                          Telephone:   (212) 592-1400
                                          Facsimile:    (212) 592-1500
                                          *Investigations Counsel*